**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2287

BEACHER RALPH COLEMAN,

Plaintiff - Appellant,

versus

MICHAEL HOLLAND; B. V. HYLER; STEVE SCHAAB;
MARTY HUDSON, Trustees of the UMWA 1974
Pension Plan and Trust,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Abingdon. James P. Jones, Chief District
Judge. (CA-05-8-1)

Submitted: May 31, 2006              Decided: June 16, 2006

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carl E. McAfee, CARL E. MCAFEE, P.C., Norton, Virginia, for
Appellant. Glenda S. Finch, Deputy General Counsel, Carolyn O.
Dutrow, Assistant General Counsel, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Beacher Ralph Coleman appeals the district court's order granting summary judgment for Defendants in his action under the Employee Retirement Income Security Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Coleman v. Holland, No. CA-05-8-1 (W.D. Va. Nov. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED